UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
**PROBATION & PRETRIAL SERVICES OFFICE**

| 250 W. PRATT STREET<br>SUITE 400<br>BALTIMORE, MD 21201<br>410-962-4740 | LEON A. EPPS, JR.<br>CHIEF | 101 W. LOMBARD STREET<br>SUITE 1625<br>BALTIMORE, MD 21201<br>410-962-4820 |
|---|---|---|
| 7855 WALKER DRIVE<br>SUITE 600<br>GREENBELT, MD 20770<br>301-344-0510 | | 6500 CHERRYWOOD LANE<br>SUITE 110<br>GREENBELT, MD 20770<br>301-344-0375 |

February 24, 2025

The Honorable Erin Aslan
U.S. Magistrate Judge

RE:   **Curry, Freddie**
**Dkt. No.: 24-CR-00368**
**Pretrial Services Response to**
**Defense Motion to Modify (ECF**
**20)**

Dear Judge Aslan:

I have reviewed the defense motion to modify conditions of release (ECF document 20) related to permission to attend funeral service obligations of Mr. Curry's deceased father. I have no objection to the request on the specified dates as cited. On February 24, 2025, assistant U.S. Attorney, Sarah Simpkins, expressed no objection to the request.

Sincerely,

*Rachel M. Snyder*

Rachel Snyder
Senior U.S. Probation Officer

cc:   Tony Garcia
      Sarah Simpkins